# United States Court of Appeals
## For the First Circuit

No. 08-1569

PAUL SIMMONS; PEDRO VALENTIN; DENNIS BELDOTTI,

Plaintiffs, Appellees/Cross-Appellants,

v.

WILLIAM FRANCIS GALVIN,
in his capacity as Secretary of the Commonwealth of Massachusetts,

Defendant, Appellant/Cross-Appellee.

**ERRATA SHEET**

The opinion of this Court issued on July 31, 2009 is amended as follows:

On page 41, line 15, "regulatory rather then" should be replaced with "regulatory rather than"